Tuesday, April 16, 2013 1:55:18 PM Eastern Daylight Time

EXHIBIT A

**Subject:** Fwd: Hello from CVS Customer Relations
**Date:** Saturday, April 6, 2013 5:45:32 PM Eastern Daylight Time
**From:** Rebekah
**To:** xxxxxxxx@xxxxxx.xxx

This is the email cvs sent me…



EXHIBIT A    Page 1 of 5