## Contents guaranteed to warm you.

### CVS/pharmacy

Production Receipt

LEE

LEE, CHING CHONG



PICKUP - 02/07 AFTER  7:08 PM

ORDER # 001023
57 KDK APEX ONLINE



STORE #1526 WILLIAM    02/07/2013  6:08 PM

1701526000001023

**CVSphoto.com**  FREE same day pick up

Envelope also used for:
5 x 7 Prints
4 x 8 Cards
5 x 7 Cards