UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____

| | |
|---|---|
| **HYUN JIN LEE,** | Case No. 13-cv-02432 |
| **Plaintiff,** | |
| -against- | |
| **CVS CAREMARK CORP., CVS PHARMACY, INC., CVS, NEW JERSEY CVS PHARMACY LLC, and "JOHN DOE", a fictitious name to be amended upon discovery,** | NOTICE OF DISMISSAL |
| **Defendants.** | |

_____

   Pursuant to Fed.R.Civ.P. 41(a)(1)(A) (i), as no party has answered or moved for summary judgment and pursuant to a settlement agreement, dated June 26, 2013, between the parties, Plaintiff hereby voluntarily dismisses this action as to all parties in its entirety <u>with prejudice</u>, which pursuant to FRCP 41 an order of this court is not necessary.


Dated:  August 14, 2013

                                    /s Stephanie Canas Hunnell
                                    _____
                                  By: Stephanie Cañas Hunnell, Esq.
                                        Stephanie Cañas Hunnell Attorney at Law, L.L.C.
                                        801 Twelfth Avenue P.O. Box 428
                                        Belmar, New Jersey 07719
                                        Tel. 732.749-3500; Fax 732.749-3503

                                        LAW OFFICES OF SUSAN CHANA LASK
                                        Susan Chana Lask, Esq.
                                        244 Fifth Avenue, Suite 2369
                                        New York, NY 10001
                                        917.300-1958